


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )     Magistrate Case No.___'21  MJ2790____
            Plaintiff,             )
                                   )     COMPLAINT FOR VIOLATION OF
      v.                           )     Title 8 U.S.C. Section
                                   )     1324(a)(2)(B)(iii)-
Fidel PEREZ-Velazquez              )     Bringing in Unlawful Alien(s)
                                   )     Without Presentation
                                   )
            Defendant.             )
                                   )

      The undersigned complainant being duly sworn states:

      On or about July 8, 2021, within the Southern District of California, Defendant
Fidel PEREZ-Velazquez, with the intent to violate the immigration laws of the
United States, knowing and in reckless disregard of the fact that said alien, namely
Victor Manuel LOPEZ-Valdivia, had not received prior official authorization to
come to, enter and reside in the United States, did bring to the United States said
alien, and upon arrival did not bring and present said alien immediately to an
appropriate immigration officer at a designated port of entry; in violation of  Title 8,
United States Code, Section 1324(a)(2)(B)(iii).

      And the complainant states that this complaint is based on the attached
statement of facts, which is incorporated herein by reference

                              _____
                              SIGNATURE OF COMPLAINANT
                              Ramon A. Galindo, CBP Enforcement Officer
                              U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of
Criminal Procedure 4.1, this 9th of July 2021.

                              _____
                              HON. ALLISON H. GODDARD
                              UNITED STATES MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

The complainant states that Victor Manuel LOPEZ-Valdivia, is a citizen of a country other than the United States; that said alien have admitted he is deportable; that his testimony is material, that it is impractical to secure his attendance at trial by subpoena and that he is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On July 8, 2021, at approximately 6:52 A.M., Fidel PEREZ-Velazquez (Defendant), a United States Citizen, made application for admission to the United States from Mexico at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a brown Kia Sedona. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented his United States Passport card as his entry document and said he was going to San Clemente, California with nothing to declare from Mexico. The CBP Officer referred the Defendant and the vehicle to secondary area for further processing due to a computer-generated alert.

In secondary, Defendant was instructed to drive his vehicle through the Z-Portal x-ray machine, and Defendant drove through the x-ray machine with negative results. Defendant was later taken to security office for further processing. While in the vehicle secondary lot a CBP Officer noticed a male subject later identified as Victor Manuel LOPEZ-Valdivia walking unattended by the x-ray machine area appearing to be lost.

The CBP Officer approached LOPEZ and noticed his clothes were sweaty. The CBP Officer asked LOPEZ where he was coming from, and LOPEZ claimed he was using the bathroom and said the vehicle he was traveling in left him. LOPEZ was escorted to the security office for further inspection. The CBP Officer asked LOPEZ for identification, and he was unable to provide any identification.

1

A CBP Officer conducted video surveillance footage of the vehicle secondary lot and noticed LOPEZ exiting a brown Kia Sedona through the rear passenger side door, without being instructed by a CBP Officer. Video footage showed Defendant talking with LOPEZ while he was in the rear of the vehicle.  LOPEZ was determined to be a citizen of Mexico without lawful documents to enter the United States and is being held as a Material Witness.

On July 8, 2021, at approximately 10:05 A.M., Defendant was advised of his Miranda rights and elected to make a statement. Defendant admitted knowledge of the individual concealed in his vehicle. Defendant stated Material Witness was a friend from his hometown of Guanajuato, Mexico. Defendant admitted to smuggling Material Witness as a favor. Defendant stated he was the owner of the vehicle and was going to San Clemente California.

A video-recorded interview was conducted with Material Witness. Material Witness stated he is citizen of Mexico without lawful documents to enter or reside in the United States. Material Witness stated his cousin made the smuggling arrangements and was going to pay $10,000.00 for the smuggling fee. Material Witness stated he was going to San Clemente California.